# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Salvador Guiterrez-Cruz

Plaintiff

v.

United States of America

Defendants

Case No. Civil 01-453 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Susan Richard Nelson's Report and Recommendation dated 10/11/01 is adopted. Petitioner's application for a writ of habeas corpus is denied. This action is dismissed with prejudice.

DATE: October 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk